**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTOPHER PETRAS,                              )     Case # 20-cv-874-RFB-BNW
                                                )
                                                )
                                                )     **VERIFIED PETITION FOR**
                    Plaintiff(s),               )     **PERMISSION TO PRACTICE**
                                                )     **IN THIS CASE ONLY BY**
        vs.                                     )     **ATTORNEY NOT ADMITTED**
NAVY FEDERAL CREDIT UNION, et al.,              )     **TO THE BAR OF THIS COURT**
                                                )     **AND DESIGNATION OF**
                                                )     **LOCAL COUNSEL**
                                                )
                    Defendant(s).               )
                                                )     FILING FEE IS $250.00
_____        )


        MATTHEW M. LOKER, ESQ.       , Petitioner, respectfully represents to the Court:
             (name of petitioner)

        1.      That Petitioner is an attorney at law and a member of the law firm of

_____
                                LOKER LAW, APC
                                   (firm name)

with offices at _____1303 EAST GRAND AVENUE, SUITE 101_____,
                                   (street address)

_____ARROYO GRANDE_____, California _____, _____93420_____,
            (city)                              (state)                    (zip code)

_____(805) 994-0177_____, _____MATT@LOKER.LAW_____.
    (area code + telephone number)          (Email address)

        2.      That Petitioner has been retained personally or as a member of the law firm by

_____CHRISTOPHER PETRAS,_____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: ae86ca789d0065f66e3ed67db6c60d783475ec68

3.    That since _____January 1, 2011_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| CALIFORNIA | December 2, 2011 | 279939 |
| TEXAS | May 18, 2017 | 2410244, Inactive |
| WASHINGTON | August 24, 2017 | 52412, Inactive |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

NONE.

2

Rev. 5/16

Doc ID: ae86ca789d0065f66e3ed67db6c60d783475ec68

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE.

7.     That Petitioner is a member of good standing in the following Bar Associations.

SAN LUIS OBISPO COUNTY BAR ASSOCIATION

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 7, 2020 | 20-cv-15-LRH-CLB | District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Nevada_____     )
                                )
COUNTY OF _____     )

Please see Declaration re Notary Requirement filed concurrently herewith

_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate ___MICHAEL KIND, ESQ.___,
                                                                      (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____8860 SOUTH MARYLAND PARKWAY, SUITE 106_____,
                           (street address)

_____LAS VEGAS_____, _Nevada_____, __89123___,
          (city)                      (state)            (zip code)

_____(702) 337-2322_____, _____MK@KINDLAW.COM_____.
(area code + telephone number)           (Email address)

4

Rev. 5/16

Case 2:20-cv-00874-RFB-BNW   Document 8   Filed 05/20/20   Page 5 of 9

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____MICHAEL KIND, ESQ._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Christopher Petras*
_____
(party's signature)

CHRISTOPHER PETRAS
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Michael Kind
_____
Designated Resident Nevada Counsel's signature

13903                          MK@KINDLAW.COM
_____
Bar number                     Email address

**APPROVED:**

**DATED this** 19th day of May, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

5

Rev. 5/16

Doc ID: ae86ca789d0065f66e3ed67db6c60d783475ec68

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION**
**& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

March 16, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW MICHAEL LOKER, #279939 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

**LOKER LAW, APC**
Matthew M. Loker, Esq.
*pro hac vice requested*
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

**KIND LAW**
Michael Kind, Esq. (13903)
mk@kindlaw.com
8860 South Maryland Pkwy, Ste. 106
Las Vegas, NV 89123
Telephone: (707) 337-2322
Facsimile: (707) 329-5881

*Attorneys for Plaintiff,*
Christopher Petras

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHRISTOPHER PETRAS,

Plaintiff,

v.

NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

**Case No.:** 20-cv-874-RFB-BNW

**DECLARATION OF MATTHEW M. LOKER, ESQ. REGARDING PRO HAC VICE PETITION NOTARY REQUIREMENT**

**HON. RICHARD F. BOULWARE, II**

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

# DECLARATION OF MATTHEW M. LOKER

I, Matthew M. Loker, declare:

1. I am one of the attorneys for Plaintiff CHRISTOPHER PETRAS ("Petras") in this action

2. I am a Partner at Loker Law, APC.

3. I also teach Contracts at the San Luis Obispo School of Law.

4. I was admitted to the State Bar of California in 2011 and have been a member in good standing ever since that time.

5. I am licensed to practice law before all California Federal Courts; and, all California State Courts.

6. I have litigated cases in both state and federal courts in Arizona, California, Colorado, Florida, Michigan, Minnesota, Missouri, Nevada, New York, Ohio, South Carolina, Tennessee, Texas, Utah, and Washington as well as the Ninth Circuit Court of Appeals and California Appellate Courts.

7. I declare under penalty of perjury, and pursuant to the laws of the State of Arizona, that the foregoing is true and correct.

8. If called as a witness, I would competently testify to the matters herein from personal knowledge.

9. I am seeking to appear before this Court in this matter pro hac vice.

10. Part of obtaining admission pro hac vice requires that I notarize my verified petition.

11. The pro hac vice process also requires that the Certificate of Good Standing be issued within the last six months of the date of the application.

12. Given the COVID-19 crisis, I have been unable to find a notary that will help me finalize my application.

13. It is unclear when the social distancing requirements will be lifted and when I will be able to have my application notarized.

**DECLARATION OF MATTHEW M. LOKER, ESQ. REGARIDNG PRO HAC VICE PETITION NOTARY REQUIREMENT**

14. I respectfully request this Court waive the notary requirement in these circumstances so that this matter is not delayed further as a result of my inability to finalize my pro hac vice application.

15. This same request was granted on April 8, 2020 by the Honorable Larry R. Hicks in the matter of *Valdez, Jr. v. Action Financial Services, LLC*, Case No. 20-cv-15-LRH-CLB, ECF No. 12.

     Executed on May 15, 2020, pursuant to the laws of the United States and the State of Nevada, in Arroyo Grande, California.

Date: May 15, 2020

**LOKER LAW, APC**

BY: _____

MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**DECLARATION OF MATTHEW M. LOKER, ESQ. REGARIDNG PRO HAC VICE PETITION NOTARY REQUIREMENT**

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420