JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS, | Case No. 2:20-cv-00874-RFB-BNW |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| v. | |
| NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | **FIRST REQUEST** |
| Defendant. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 8, 2020 through and including **July 23, 2020**. Plaintiff and Equifax are actively engaged in settlement

///

///

///

64210091v.2

discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.

This stipulation is filed in good faith and not intended to cause delay.

  Respectfully submitted this 3rd  day of June, 2020.

              CLARK HILL, PLLC

              By: <u>//s// *Jeremy Thompson*</u>
              Jeremy Thompson
              Nevada Bar No. 12503
              CLARK HILL, PLLC
              3800 Howard Hughes Pkwy
              Suite 500
              Las Vegas, NV 89169
              Tel: (702) 697-7527
              Fax: (702) 862-8400
              Email: jthompson@clarkhill.com
              *Attorneys for Defendant*
              *Equifax Information Services LLC*

              <u>***No opposition***</u>

              <u>//s// Micheal Kind</u>
              Kind Law
              8860 S. Maryland Parkway
              Suite 106
              Las Vegas, NV 89123
              Tel: (702) 337-2322
              Fax: (702) 329-5881
              Email: mk@kindlaw.com
              *Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
United States Magistrate Judge

DATED: <u>  6/5/2020         </u>

- 2 -

64210091v.2

**CERTIFICATE OF SERVICE**

I hereby certify that on 3rd day of June, 2020, I presented the foregoing STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: //s// Phyllis L. Cameron
An Employee of Clark Hill, PLLC

- 3 -

64210091v.2