Joel E. Tasca
Nevada Bar No. 14124
Emil S. Kim
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER PETRAS,

Plaintiff,

v.

NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

CASE NO. 2:20-cv-00874-RFB-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(Second Request)**

The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Christopher Petras' complaint currently is due July 8, 2020. Chase has requested, and Plaintiff has agreed, that Chase has up to and including July 22, 2020 to respond to Plaintiff's complaint, to provide time for Chase to review Plaintiff's account and continue the parties' discussions about potential resolution.

*[Continued on following page.]*

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 7, 2020

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
Joel E. Tasca
Nevada Bar No. 14124
Emil S. Kim
Nevada Bar No. 14894
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant JPMorgan Chase, National Association*

KIND LAW

By: Michael Kind
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Pkwy, Ste. 106
Las Vegas, Nevada 89123

LOKER LAW, APC

By: Matthew Locker
Matthew Loker
*Pro hac vice to be submitted*
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

*Attorneys for Plaintiff*

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 8, 2020