Joel E. Tasca
Nevada Bar No. 14124
Emil S. Kim
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO.  2:20-cv-00874-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Christopher Petras' complaint currently is due July 22, 2020. Chase has requested, and Plaintiff has agreed, that Chase has up to and including July 24, 2020 to respond to Plaintiff's complaint, to provide time for Chase to review Plaintiff's account and continue the parties' discussions about potential resolution.

*[Continued on following page.]*

DMWEST #40323766 v1

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: July 21, 2020

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Emil S. Kim<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, National Association* | By: Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123<br><br>LOKER LAW, APC<br><br>By: Matthew Locker<br>Matthew Loker<br>*Pro hac vice*<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2020

DMWEST #40323766 v1