**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

**KIND LAW**
Michael Kind, Esq. (13903)
mk@kindlaw.com
8860 South Maryland Pkwy, Ste. 106
Las Vegas, NV 89123
Telephone: (707) 337-2322
Facsimile: (707) 329-5881

*Attorney for Plaintiff,*
Christopher Petras

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>   Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>   Defendant. | **Case No.:** 20-cv-874-RFB-BNW<br><br>**SECOND STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER**<br><br>**HON. BRENDA WEKSLER** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this Court issued its Scheduling Order on July 8, 2020, ECF No. 18;

WHEREAS, the Parties sought to continue dates in the Scheduling Order on October 1, 2020, ECF No. 32;

WHEREAS, this Court denied the Parties' first Stipulation on October 6, 2020, ECF No. 34;

WHEREAS, the Parties respectfully file this Second Stipulation to extend dates in the Discovery Plan and Scheduling Order further outlining the good cause for said request;

WHEREAS, Plaintiff Christopher Petras ("Plaintiff") has issued and all Defendants have responded to written discovery, Plaintiff has issued deposition notices to Defendant JPMorgan Chase Bank, N.A., and is in the process of issuing deposition notices on Defendants Equifax Information Services LLC; and, Experian Information Solutions, Inc. and Plaintiff has issued a third-party subpoena to non-party Trans Union LLC;

WHEREAS, the Defendants need to issue additional written discovery to Plaintiff, and the Parties need to conduct additional depositions, including party and expert depositions;

WHEREAS, good cause exists for this extension due to restrictions and conflicts that arose as the result of COVID-19 closures;

WHEREAS, the conflicts are impacting the finalization of discovery and impeding upon the Parties' ability to fully develop their respective claims and/or defenses;

WHEREAS, the Parties are working together in good faith to grant needed extensions on written discovery and find mutually agreeable dates for

LOKER LAW, APC
1303 East Grand Avenue, Suite 101
ARROYO GRANDE, CA 93420

depositions;

WHEREAS, difficulties are arising in extending professional courtesies based upon the current Scheduling Order;

WHEREAS, for Plaintiff these issues have impacted Plaintiff's ability to proceed with Fed. R. Civ. P. 30(b)(6) since these respective witnesses for each Defendant are backlogged from being unable to appear for depositions in other lower numbered matters earlier this year;

WHEREAS, Plaintiff's ability to proceed with Fed. R. Civ. P. 30(b)(1) since these witnesses are only recently returning to work so finding mutually agreeable dates that cause as little disruption to the employee's work schedules has been difficult;

WHEREAS, the delays have also impacted Plaintiff's Expert, Dr. Mitchell Taubman, because Dr. Taubman is attempting to gather medical assessments from Plaintiff's schools and prior medical professionals; however, each of these offices and departments are understaffed and progressing slowly in gathering the requested information;

WHEREAS, Plaintiff's Expert, Evan Hendricks, is also impacted due to the extra delay by Trans Union in responding to Plaintiff's third-party subpoena and a portion of Mr. Hendricks' Opinion also will be based upon deposition testimony that has yet to occur;

WHEREAS, Plaintiff's Expert, Dr. Stan V. Smith, is similarly impacted since Dr. Smith is awaiting information regarding Plaintiff's pecuniary loss from third party sources;

THEREFORE, the Parties jointly request the Court extend remaining dates in the Scheduling Order by 90 days as follows:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Expert Disclosures (Initial) | October 6, 2020 | January 4, 2021 |
| Expert Disclosures (Rebuttal) | November 5, 2020 | February 3, 2021 |
| Discovery Cut-Off | December 7, 2020 | March 8, 2021 |
| Dispositive Motions | January 4, 2021 | April 5, 2021 |
| Pretrial Order | February 3, 2021 | June 1, 2021 |

Date: October 11, 2020

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**CLARK HILL PLLC**

By: ___/s/ Jeremy J. Thompson___
JEREMY J. THOMPSON, ESQ.
ATTORNEY FOR DEFENDANT, EQUIFAX

**NAYLOR & BRASTER**

By: ___/s/ Andrew Sharples___
ANDREW SHARPLES, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN

**BALLARD SPAHR LLP**

By: ___/s/ Joel E. Tasca___
JOEL E. TASCA, ESQ.
ATTORNEY FOR DEFENDANT, CHASE

**LOKER LAW, APC**
1303 East Grand Avenue, Suite 101
ARROYO GRANDE, CA 93420

Case No.: 20-cv-874-RFB-BNW    3 of 4    *Petras v. Navy Federal Credit Union, et al.*
**SECOND STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: October 11, 2020                              **LOKER LAW, APC**

                                                    By: ___/s/ Matthew M. Loker___
                                                        MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED**

**DATED:** 11:53 am, October 14, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LOKER LAW, APC
1303 East Grand Avenue, Suite 101
ARROYO GRANDE, CA 93420

Case No.: 20-cv-874-RFB-BNW         4 of 4         *Petras v. Navy Federal Credit Union, et al.*
SECOND STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER