1   Joel E. Tasca
    Nevada Bar No. 14124
2   Emil S. Kim
    Nevada Bar No. 14894
3   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
4   Las Vegas, Nevada 89135
    Telephone:  702.471.7000
5   Facsimile:  702.471.7070
    tasca@ballardspahr.com
6   kime@ballardspahr.com

7   *Attorneys for Defendant*
    *JPMorgan Chase Bank, N.A.*

8

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12  CHRISTOPHER PETRAS,                    CASE NO.  2:20-cv-00874-RFB-BNW

13          Plaintiff,                     **STIPULATION AND ORDER TO
                                           EXTEND DEADLINE TO FILE REPLY
14  v.                                     IN SUPPORT OF MOTION FOR
                                           PROTECTIVE ORDER**
15  NAVY FEDERAL CREDIT UNION;
    JPMORGAN CHASE BANK, NATIONAL          **(First Request)**
16  ASSOCIATION; EQUIFAX
    INFORMATION SERVICES LLC; AND,
17  EXPERIAN INFORMATION
    SOLUTIONS, INC.,
18
            Defendants.
19

20          Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Christopher

21  Petras ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

22      1.  Chase filed a Motion for Protective Order on November 6, 2020 (ECF No. 39).

23      2.  Plaintiff filed his Response to the Motion for Protective Order on November 20,

24          2020 (ECF No. 44).

25      3.  The current deadline for Chase to file its Reply is November 27, 2020.

26      4.  The Parties have agreed that Chase shall have until December 4, 2020 to file

27          its Reply in support of its Motion for Protective Order.

28

*(left margin, vertical text)* BALLARD SPAHR LLP · 1980 Festival Plaza Drive, Suite 900 · Las Vegas, Nevada 89135 · 702.471.7000 FAX 702.471.7070

5.  The Parties have also agreed that the current hearing date for Chase's Motion

for Protective Order is to remain on January 8, 2020.

Dated:  November 24, 2020

BALLARD SPAHR LLP

By:  /s/ Joel E. Tasca
Joel E. Tasca
Nevada Bar No. 14124
Emil S. Kim
Nevada Bar No. 14894
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*JPMorgan Chase, N.A.*

KIND LAW

By:  /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Pkwy, Ste. 106
Las Vegas, Nevada 89123

LOKER LAW, APC

By:  /s/ Matthew Loker
Matthew Loker
*(Pro hac vice)*
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11/25/2020