**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

**KIND LAW**
Michael Kind, Esq. (13903)
mk@kindlaw.com
8860 South Maryland Pkwy, Ste. 106
Las Vegas, NV 89123
Telephone: (707) 337-2322
Facsimile: (707) 329-5881

*Attorney for Plaintiff,*
Christopher Petras

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendant. | **Case No.:** 20-cv-874-RFB-BNW<br><br>**THIRD STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER**<br><br>**HON. BRENDA WEKSLER** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this Court issued its Scheduling Order on July 8, 2020, ECF No. 18;

WHEREAS, the Parties sought to continue dates in the Scheduling Order on October 1, 2020, ECF No. 32;

WHEREAS, this Court denied the Parties' first Stipulation on October 6, 2020, ECF No. 34;

WHEREAS, the Parties filed their Second Stipulation to extend dates in the Discovery Plan and Scheduling Order further outlining the good cause for said request, ECF No. 35, which was granted on October 14, 2020, ECF No. 37;

WHEREAS, Plaintiff Christopher Petras ("Plaintiff") has issued deposition notices to Defendant JPMorgan Chase Bank, N.A. to take place in October 2020, later continued to November 2020. However, Chase then moved for a protective order. ECF No. 39. This Court set the hearing on Chase's motion for January 9, 2021. ECF No. 40. Plaintiff therefore agreed to continue the depositions until a date after the January 2021 hearing.

However, Plaintiff's experts are expected to rely on the testimony given at those depositions and the current deadline to disclose experts is January 4, 2021. ECF No. 37. Therefore, Plaintiff requests additional time to disclose his experts. Defendants do not oppose this request for an extension.

WHEREAS, the Parties are working together in good faith to grant needed extensions on written discovery and find mutually agreeable dates for depositions;

THEREFORE, the Parties jointly request the Court extend remaining dates in the Scheduling Order by 60 days as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Disclosures (Initial) | January 4, 2021 | March 4, 2021 |
| Expert Disclosures (Rebuttal) | February 3, 2021 | April 5, 2021 |
| Discovery Cut-Off | March 8, 2021 | May 7, 2021 |
| Dispositive Motions | April 5, 2021 | June 4, 2021 |
| Pretrial Order | June 1, 2021 | July 1, 2021 |

Date: December 9, 2020

**KIND LAW**

By: ___/s/ Michael Kind___
MICHAEL KIND, ESQ.
ATTORNEY FOR PLAINTIFF

**CLARK HILL PLLC**

By: ___/s/ Jeremy J. Thompson___
JEREMY J. THOMPSON, ESQ.
ATTORNEY FOR DEFENDANT, EQUIFAX

**NAYLOR & BRASTER**

By: ___/s/ Andrew Sharples___
ANDREW SHARPLES, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN

**BALLARD SPAHR LLP**

By: ___/s/ Joel E. Tasca___
JOEL E. TASCA, ESQ.
ATTORNEY FOR DEFENDANT, CHASE

LOKER LAW, APC
1303 East Grand Avenue, Suite 101
ARROYO GRANDE, CA 93420

Case No.: 20-cv-874-RFB-BNW     2 of 4     *Petras v. Navy Federal Credit Union, et al.*
**STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER**

# SCHEDULING ORDER

The above-set stipulated Amendments to the Discovery Plan of the parties shall be the Amended Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

**IT IS SO ORDERED**

**DATED:** 4:39 pm, December 11, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LOKER LAW, APC
1303 East Grand Avenue, Suite 101
ARROYO GRANDE, CA 93420