**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

**KIND LAW**
Michael Kind, Esq. (13903)
mk@kindlaw.com
8860 South Maryland Pkwy, Ste. 106
Las Vegas, NV 89123
Telephone: (707) 337-2322
Facsimile: (707) 329-5881

*Attorney for Plaintiff,*
Christopher Petras

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No.: 20-cv-874-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF MITCHELL TAUBMAN, PH.D.**<br><br>**HON. BRENDA WEKSLER** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this Court issued its Scheduling Order on July 8, 2020, ECF No. 18;

WHEREAS, this Court extended said dates on October 14, 2020, ECF No. 37; December 11, 2020, ECF No. 52; and, April 30, 2021, ECF No. 63;

WHEREAS, the Parties will complete all discovery aside from the deposition of Plaintiff's expert Mitchell Taubman, Ph.D. by the current discovery deadline of June 7, 2021;

WHEREAS, the Parties previously agreed for Dr. Taubman to be deposed on June 4, 2021, and Experian noticed Dr. Taubman for the date of June 4, 2021;

WHEREAS, Dr. Taubman now has a conflict on June 4, 2021;

WHEREAS, the Parties have attempted to select a date for Dr. Taubman's deposition within the discovery cut off but have been unable to find a mutually agreeable date that works for all counsel and Dr. Taubman;

WHEREAS, the Parties jointly request this Court permit Defendants JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Chase"); and, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") to depose Dr. Taubman on June 8, 2021, after the close of discovery.

WHEREAS, the Parties do not seek to change any other dates in the operative Scheduling Order through this Stipulation nor is any additional discovery permitted after the current discovery cut-off, which the exception of Dr. Taubman's deposition.

Date: June 2, 2021                                        **LOKER LAW, APC**

                                                By:   ___/s/ Matthew M. Loker___
                                                      MATTHEW M. LOKER, ESQ.
                                                      ATTORNEY FOR PLAINTIFF


                                                      **NAYLOR & BRASTER**


                                                By:   ___/s/ Jennifer L. Braster___
                                                      JENNIFER L. BRASTER, ESQ.
                                                ATTORNEY FOR DEFENDANT, EXPERIAN


                                                      **BALLARD SPAHR LLP**


                                                By:   ___/s/ Joel E. Tasca___
                                                      JOEL E. TASCA, ESQ.
                                                ATTORNEY FOR DEFENDANT, CHASE

### ORDER

The above-set stipulated agreement to depose Mitchell Taubman, Ph.D. on June 8, 2021 is granted.


                                          IT IS SO ORDERED:

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

                                                    June 4, 2021
                                          DATED:_____