Joel E. Tasca
Nevada Bar No. 14124
Ballard Spahr llp
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER PETRAS,** | **CASE NO.** 2:20-cv-00874-RFB-BNW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF MARIA PETRAS AND KIMBERLY WOJCIECHOWSKI** |
| v. | |
| **NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,** | **HON. BRENDA WEKSLER** |
| Defendants. | |

Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Christopher Petras ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

1. The Court issued its Scheduling Order on July 8, 2020, and extended those dates on October 14, 2020, December 11, 2020, and April 30, 20201. (ECF Nos. 18, 37, 52, 63).

2. The current discovery deadline is June 7, 2021. (ECF No. 63).

3. The Parties previously agreed for Plaintiff's witnesses Maria Petras and Kimberly Wojciechowski to be deposed on June 4, 2021. Experian Information Solutions,

1 Inc. ("Experian") noticed the depositions of Ms. Petras and Ms. Wojciechowski for June 4,
2 2021.

3     4. Experian set up the remote deposition proceeding and acquired a remote
4 court reporter and videographer.

5     5. Experian and Plaintiff settled their dispute on June 3, 2021. (ECF No. 68).

6     6. The Parties jointly request that this Court permit Defendant Chase to depose
7 Ms. Petras and Ms. Wojciechowski no later than June 15, 2021, after the close of
8 discovery, to allow Chase time to serve new deposition notices and acquire a remote court
9 reporter and videographer.

10     7. The Parties do not seek to change any other dates in the operative
11 Scheduling Order through this Stipulation, nor is any additional discovery permitted after
12 the current discovery cut-off, with the exception of the depositions of Ms. Petras and Ms.
13 Wojciechowski.

Dated: June 7, 2021

BALLARD SPAHR LLP      KIND LAW

By: /s/ Joel E. Tasca      By: /s/ Michael Kind
Joel E. Tasca      Michael Kind
Nevada Bar No. 14124      Nevada Bar No. 13903
1980 Festival Plaza Drive, Suite 900      8860 South Maryland Pkwy, Ste. 106
Las Vegas, Nevada 89135      Las Vegas, Nevada 89123

*Attorneys for Defendant*
*JPMorgan Chase, N.A.*      LOKER LAW, APC

By: /s/ Matthew Loker
Matthew Loker
*(Pro hac vice)*
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

*Attorneys for Plaintiff*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

**ORDER**

The above-set stipulated agreement to depose Maria Petras and Kimberly Wojciechowski no later than June 15, 2021 is granted.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2021