**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorney for Plaintiff,*
Christopher Petras

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | **Case No.:** 20-cv-874-RFB-BNW<br><br>**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. RICHARD F. BOULWARE, II** |

Plaintiff CHRISTOPHER PETRAS ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Equifax hereby jointly move to dismiss Equifax WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

To dispel ambiguity, Plaintiff's claims against the following remain active: Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Chase").

Date: June 30, 2021 **LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**SEYFARTH SHAW LLP**

By: ___/s/ Eric Barton___
ERIC BARTON, ESQ.
ATTORNEY FOR DEFENDANT, EQUIFAX

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: June 30, 2021 **LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Equifax with Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been submitted on June 29, 2021 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                           /s/ Matthew M. Loker
                                                           MATTHEW M LOKER, ESQ.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant(s). | Case No.: 20-cv-874-RFB-BNW<br><br>[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT NAVY FEDERAL CREDIT UNION<br><br>HON. RICHARD F. BOULWARE, II |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders EQUIFAX INFORMATION SERVICES LLC to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 30, 2021.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE