Joel E. Tasca
Nevada Bar No. 14124
Hannah L. Welsh (admitted *pro hac vice*)
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:   702.471.7070
tasca@ballardspahr.com
welshh@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>  Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | CASE NO.  2:20-cv-00874-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Christopher Petras ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

1. Chase filed a Motion for Summary Judgment on July 6, 2021 (ECF No. 83).

2. Plaintiff filed his Response to the Motion for Summary Judgment on July 27, 2021 (ECF No. 86).

3. The current deadline for Chase to file its Reply is August 24, 2021.

4. The Parties have agreed that Chase shall have until August 27, 2021 to file its Reply in support of its Motion for Summary Judgment.

Dated: August 24, 2021.

| | |
|---|---|
| BALLARD SPAHR LLP | KIND LAW |
| By: /s/ Joel E. Tasca | By: /s/ Michael Kind |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Hannah L. Welsh (admitted *pro hac vice*)<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant*<br>*JPMorgan Chase, N.A.* | LOKER LAW, APC |
| | By: /s/ Matthew Loker |
| | Matthew Loker<br>*(Pro hac vice)*<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420 |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 25th day of August, 2021.

DMWEST #41792000 v1       2