**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorney for Plaintiff,*
Christopher Petras

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER PETRAS,** | **Case No.:** 20-cv-874-RFB-BNW |
| Plaintiff, | |
| v. | **JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |
| **NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.** | **HON. RICHARD F. BOULWARE, II** |
| Defendant. | |

CASE NO.: 20-cv-874-RFB-BNW                    *Petras v. Navy Federal Credit Union, et al.*

JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

Plaintiff CHRISTOPHER PETRAS ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Experian hereby jointly move to dismiss Experian WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

To dispel ambiguity, Plaintiff's claims against the following remain active: Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Chase").

Date: July 21, 2021 **LOKER LAW, APC**

By:    /s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**JONES DAY**

By:    /s/ Jordan B. Arakawa
JORDAN B. ARAKAWA, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: July 21, 2021 **LOKER LAW, APC**

By:    /s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Joint Motion to Dismiss Experian with Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been submitted on July 21, 2021through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ.

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER PETRAS,** | **Case No.:** 20-cv-874-RFB-BNW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.** | **HON. RICHARD F. BOULWARE, II** |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated:  January 26, 2022.

_____

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 20-cv-874-RFB-BNW                           *Petras v. Navy Federal Credit Union, et al.*

[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.