Joel E. Tasca
Nevada Bar No. 14124
Hannah L. Welsh (admitted *pro hac vice*)
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
welshh@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS, | CASE NO. 2:20-cv-00874-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRE-TRIAL ORDER** |
| v. | |
| NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC., | **(First Request)** |
| Defendants. | |

Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Christopher Petras ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

1. Per the Court's February 22, 2022 Order, the current deadline for the Parties to submit a proposed Joint Pretrial Order is March 24, 2022 (ECF No. 98).

2. The Parties have stipulated to and respectfully request a ten-day extension to submit a proposed Joint Pretrial Order, until April 4, 2022.

Dated: March 23, 2022

DMFIRM #402404479 v1

| | |
|---|---|
| BALLARD SPAHR LLP | KIND LAW |
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Hannah L. Welsh (admitted *pro hac vice*)<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, N.A.* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123<br><br>LOKER LAW, APC<br><br>By: /s/ Matthew Loker<br>Matthew Loker<br>*(Pro hac vice)*<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: March 23, 2022.

DMFIRM #402404479 v1

2