Joel E. Tasca
Nevada Bar No. 14124
Hannah L. Welsh (admitted *pro hac vice*)
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
welshh@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS,<br><br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO.  2:20-cv-00874-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED JOINT PRE-TRIAL ORDER**<br><br>(Second Request) |

Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Christopher Petras ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

1. Per the Court's February 22, 2022 Order, the original deadline for the Parties to submit a proposed Joint Pretrial Order was March 24, 2022 (ECF No. 98).

2. On March 23, 2022, the Court granted the Parties' request for a ten-day extension of the deadline to submit a proposed Joint Pretrial Order, extending the deadline to April 4, 2022 (ECF No. 100).

3. The Parties have been diligently working on the proposed Joint Pretrial Order, but due to unexpected personal and client conflicts, an additional extension is

necessary.

4. The Parties have stipulated to and respectfully request a four-day extension to submit a proposed Joint Pretrial Order, until April 8, 2022.

Dated: April 1, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Hannah L. Welsh (admitted *pro hac vice*)<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, N.A.* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123<br><br>LOKER LAW, APC<br><br>By: /s/ Matthew Loker<br>Matthew Loker<br>*(Pro hac vice)*<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of April, 2022.