Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PETRAS, | CASE NO.  2:20-cv-00874-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| NAVY FEDERAL CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC., | **(First Request)** |
| Defendants. | |

Defendant JPMorgan Chase Bank, N.A. ("Chase") and plaintiff Christopher Petras ("Plaintiff" and, together with Chase, the "Parties") hereby stipulate as follows:

1.      The Parties' Settlement Conference is currently set for May 31, 2023, before Magistrate Judge Brenda Weksler.  (ECF No. 105.)  In connection therewith, Judge Weksler additionally set a pre-Settlement Conference telephonic conference for May 30, 2023.  (ECF No. 105.)

2.      Chase recently retained Brian C. Frontino and Alisa M. Taormina to serve as co-counsel in this litigation (and their pro hac vice applications are

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

forthcoming).  Mr. Frontino and Ms. Taormina also just moved law firms from Stroock & Stroock & Lavan LLP to Morgan, Lewis & Bockius LLP and are awaiting receipt of a complete copy of the file for this action.

3.     Mr. Frontino and Ms. Taormina require additional time to obtain a complete copy of the relevant litigation file, study previous filings and discovery responses, and properly prepare for a Settlement Conference, including preparing a thorough confidential written evaluation statement for the Court's review.

4.     Accordingly, the Parties agree to continuing the Settlement Conference and pre-Settlement Conference telephonic conference for at least thirty (30) days.

5.     This continuance will not impact any other deadlines as there currently is no operative scheduling order in place.

This is the first request for a continuance of the Settlement Conference and corresponding pre-Settlement Conference telephone conference, and it is made in good faith and not for purposes of delay.

Dated:  May 23, 2023

BALLARD SPAHR LLP

By:  /s/ Joel E. Tasca
Joel E. Tasca
Nevada Bar No. 14124
Nevada Bar No. 14894
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*JPMorgan Chase, National Association*

KIND LAW

By:  /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Pkwy, Ste. 106
Las Vegas, Nevada 89123

LOKER LAW, APC

By:  /s/ Matthew Locker
Matthew Loker
*Pro hac vice*
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:  May 25, 2023_____

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada  89135
702 471 7000 FAX 702 471 7070